IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          Western District of Missouri
                                                  Case No. 05-0192SWH-01

  v.

                                                    Eastern District of Missouri

STANLEY REESE,                            Case No. 4:05CR00526SNL

        Defendant.

O R D E R

The defendant, Stanley Reese, who, on October 28, 2005, appearing on a warrant issued for an indictment filed September 15, 2005 , was remanded to the custody of the United States Marshal, appeared before the undersigned with his appointed counsel, Travis Poindexter, Assistant Federal Public Defender , on this date, and freely and voluntarily waived removal hearings in this District. Detention hearing held. Based on the information before the Court, the Court granted government's motion for pretrial detention in this matter. Defendant remanded to the custody of the U.S. Marshal. It is, therefore,

ORDERED that the United States Marshal for the Western District of Missouri transport or cause the defendant to be transported forthwith to the Eastern District of Missouri for all further proceedings in this criminal action.

                                                                        /s/ Sarah W. Hays
                                                                      SARAH W. HAYS
                                                                        U.S. Magistrate Judge

October 28, 2005
Kansas City, MO